CLARENCE E. JOHNSON v. STATE OF NEW JERSEY, DIVISION OF ALCOHOLIC BEVERAGE CONTROL.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. SIMMS.

September 19, 1974. Petition for certification denied.

HOUSING AUTHORITY OF THE CITY OF CAMDEN v. UNITED AJAX CORPORATION.

September 19, 1974. Petition for certification denied. (See 129 *N. J. Super.* 119)

STATE OF NEW JERSEY v. AL LAWSON.

September 19, 1974. Petition for certification denied.

MARIE CELESTE FREIDAY v. ANTHONY J. TRIARSI.

September 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LOCKETT.

September 19, 1974. Petition for certification denied.